**IN THE UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF COLORADO**
**Judge William J. Martínez**

Civil Action No. 11-cv-01542-WJM-CBS

SCOTT M. CLARK, and
SHINOBU A. CLARK

    Plaintiffs,

v.

U.S. BANK N.A., as Trustee for the Holders of Structured Asset Investment Loan Trust 2005-4 in a Securitization Transaction Pursuant to a Trust Agreement Dated April 1, 2005;
LEHMAN BROTHERS HOLDINGS AS SPONSOR, SELLER AND INVESTMENT BANKER;
AURORA LOAN SERVICES LLC AS MASTER SERVICER;
CHASE HOME FINANCE LLC AS SERVICER;
MORTGAGE ELECTRONIC REGISTRATION SYSTEMS, INC.;
PUBLIC TRUSTEE OF DENVER COUNTY;
JOHN AND JANE DOES, INDIVIDUAL CORPORATIONS, AND ANY OTHER FORM OF LEGAL ENTITY 1 THROUGH INFINITY, unknown defendants;

    Defendants

_____

**ORDER DISMISSING DEFENDANT AURORA LOAN SERVICES, LLC**
**WITHOUT PREJUDICE**
_____

This matter is before the Court on the Plaintiffs' Notice of Voluntary Dismissal Pursuant to Federal Rule of Civil Procedure 41(a)(1) filed July 27, 2011, (ECF No. 33). The Court having reviewed the record and being fully advised hereby ORDERS as follows:

1. All claims which were brought and could have been brought in this action against Aurora Loan Services, LLC., are hereby DISMISSED WITHOUT PREJUDICE; and

2. The parties remaining in this action are DIRECTED to amend the caption of this case in all future filings to reflect the dismissal of Defendant Aurora Loan Service, LLC.

Dated this 2nd day of August, 2011.

BY THE COURT:

_____
William J. Martinez
United States District Judge