**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Judge William J. Martínez**

Civil Action No. 11-cv-01542-WJM-CBS

SCOTT M. CLARK, and
SHINOBU A. CLARK

      Plaintiffs,

v.

U.S. BANK N.A., as Trustee for the Holders of Structured Asset Investment Loan Trust
2005-4 in a Securitization Transaction Pursuant to a Trust Agreement Dated April 1,
2005;
LEHMAN BROTHERS HOLDINGS AS SPONSOR, SELLER AND INVESTMENT
BANKER;
AURORA LOAN SERVICES LLC AS MASTER SERVICER;
CHASE HOME FINANCE LLC AS SERVICER;
MORTGAGE ELECTRONIC REGISTRATION SYSTEMS, INC.;
PUBLIC TRUSTEE OF DENVER COUNTY;
JOHN AND JANE DOES, INDIVIDUAL CORPORATIONS, AND ANY OTHER FORM
OF LEGAL ENTITY 1 THROUGH INFINITY, unknown defendants;

      Defendants

_____

**ORDER GRANTING JOINT UNOPPOSED MOTION AND STIPULATION TO
REMAND ACTION TO STATE COURT**
_____

      This matter is before the Court on the Parties' Joint Unopposed Motion and

Stipulation to Remand Action to the State Court.  (ECF No. 42.)  The Court having

reviewed the Motion and being fully advised hereby GRANTS the Joint Motion to

Remand.

      It is therefore ORDERED:

1)      This case is REMANDED to the District Court for the City and County of

        Denver, Colorado, where it was originally filed as Case No. 2011cv2395;

2)      Each party shall bear his/her/its own attorneys' fees and costs; and

3)      Plaintiffs' Motion for Remand, ECF No. 23, is DENIED as moot.

Dated this 22nd day of August, 2011.

                                                BY THE COURT:

                                                _____
                                                William J. Martínez
                                                United States District Judge